IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Jerry D. Bennett, | ) | C/A No.:4:10-3002-TLW-KDW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| James C. Pressley Cooley and | ) | |
| Kevin Sawyer, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This matter comes before the court on the motion of John L. Schurlknight, Esquire, that he be substituted as counsel for Plaintiff Jerry D. Bennett and that Plaintiff's current counsel of record, B. Scott Suggs, Esquire, be relieved as Plaintiff's counsel. ECF No. 62. The motion is signed by Plaintiff, indicating his consent to this change of counsel. *See* ECF No. 62-1 (attachment also includes signatures of Mr. Suggs and other counsel of record).

Finding that this motion substantially complies with this court's Local Civil Rule 83.I.07, ECF No. 62 is GRANTED. The clerk is directed to remove Mr. Suggs as counsel of record for Plaintiff, and John L. Schurlknight is now counsel of record for Plaintiff.

IT IS SO ORDERED.

July 9, 2012
Florence, South Carolina

Kaymani D. West
United States Magistrate Judge