# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# FLORENCE DISTRICT

| | |
|---|---|
| Jerry D. Bennett, ) | Case No: 4:10-CV-3002-TLW |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| vs. ) | STIPULATION OF DISMISSAL |
| ) | WITH PREJUDICE |
| James C. Pressley Coley and ) | |
| Kevin Sawyer, ) | |
| ) | |
| *Defendants*. ) | |
| ) | |

The undersigned counsel for all parties hereby stipulate, pursuant to Rule 41(a)(1)(ii), FRCP, that this action, to include all claims and counterclaims that could have been brought herein, is dismissed with prejudice.

WE SO STIPULATE.

| | |
|---|---|
| S/ H. Clayton Walker, Jr. | S/ John L. Schurlknight |
| H. Clayton Walker, Jr. I.D. 4489 | John L. Schurlknight |
| Walker & Reibold, LLC | Schurlknight & Rivers |
| Post Office Box 61140 | Post Office Box 6589 |
| Columbia, South Carolina 29260 | Florence, South Carolina 29502 |
| (803) 454-0955 | (843) 662-7826 |
| | |
| ATTORNEYS FOR DEFENDANT | ATTORNEYS FOR PLAINTIFF |